UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED SAEID ZAMANIEH SHAHRI,<br><br>       Plaintiff,<br><br>   v.<br><br>USCIS SACRAMENTO FIELD OFFICE, et al.,<br><br>       Defendants. | No.  2:21-cv-01571-TLN-DB<br><br>**ORDER** |

Plaintiff is proceeding *pro se* with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 25, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  (ECF No. 23.)  The time for filing objections has expired, and Plaintiff has filed objections to the findings and recommendations.  (ECF No. 24.)

The Court has carefully reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendations filed May 25, 2022 (ECF No. 23) are ADOPTED in full;

  2. Defendant's Motion to Remand (ECF No. 7) is GRANTED;

  3. Defendant is instructed to reopen and complete adjudication within 120 days of the electronic filing date of this Order;

  4. The parties are instructed to file a status report within seven (7) days of completion of the adjudication by USCIS;

  5. Plaintiff's Motion for Entry of Judgment (ECF No. 21) is DENIED;

  6. Plaintiff's Motion to Rescind Notice of Appeal (ECF No. 30) is DENIED as moot;

  7. Plaintiff's Request for Decision (ECF No. 32) is DENIED as moot; and

  8. This action is stayed.

**DATED: September 27, 2022**

Troy L. Nunley
United States District Judge