UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seyed Saeid Zamanieh Shahri,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USCIS Sacramento Field Office, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-01571-KJM-DB<br><br>ORDER |

The motions to rescind the notice of appeal (ECF Nos. 37 and 38) are **denied as moot** in light of the Ninth Circuit's order and mandate (ECF Nos. 31 and 36). This action **remains stayed**.

　　　　IT IS SO ORDERED.

DATED: November 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE